IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Browder, Earl | Case Number: 04 B 19484 |
| | Judge: Hollis, Pamela S |
| Printed: 11/25/08 | Filed: 5/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 14, 2008
Confirmed: July 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 29,600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 25,129.14 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,463.12 |
| Other Funds: | | 807.74 |
| Totals: | 29,600.00 | 29,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 2,200.00 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Bank One | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 5. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 6. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 7. | Bank Of America | Unsecured | 1,610.53 | 4,795.46 |
| 8. | Marathon Ashland Petroleum LLC | Unsecured | 277.46 | 826.15 |
| 9. | World Financial Network Nat'l | Unsecured | 119.88 | 356.94 |
| 10. | B-First | Unsecured | 127.02 | 378.21 |
| 11. | RoundUp Funding LLC | Unsecured | 2,499.51 | 7,442.49 |
| 12. | AIS Services | Unsecured | 1,928.00 | 5,740.77 |
| 13. | Resurgent Capital Services | Unsecured | 17.40 | 51.81 |
| 14. | World Financial Network Nat'l | Unsecured | 110.05 | 327.47 |
| 15. | Acme Continental Credit Union | Unsecured | 1,173.21 | 3,493.31 |
| 16. | Peoples Energy Corp | Unsecured | 125.34 | 211.42 |
| 17. | Capital One | Unsecured | 158.95 | 473.29 |
| 18. | Senex Services Corp | Unsecured | 137.17 | 408.43 |
| 19. | RMI/MCSI | Unsecured | 6.35 | 18.91 |
| 20. | ECast Settlement Corp | Unsecured | 203.01 | 604.48 |
| 21. | Ocwen Federal Bank FSB | Secured | | No Claim Filed |
| 22. | Bank One | Unsecured | | No Claim Filed |
| 23. | AT&T | Unsecured | | No Claim Filed |
| 24. | Bank One | Unsecured | | No Claim Filed |
| 25. | Bank One | Unsecured | | No Claim Filed |
| 26. | Capital One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Browder, Earl | Case Number: 04 B 19484 |
|---|---|---|
|  |  | Judge: Hollis, Pamela S |
|  | Printed: 11/25/08 | Filed: 5/19/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Bank One | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | Chase Manhattan | Unsecured | | No Claim Filed |
| 30. | Cingular Wireless | Unsecured | | No Claim Filed |
| 31. | Citibank | Unsecured | | No Claim Filed |
| 32. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 33. | Cinco Estrellas International | Unsecured | | No Claim Filed |
| 34. | GE Card Services | Unsecured | | No Claim Filed |
| 35. | Household Finance | Unsecured | | No Claim Filed |
| 36. | SBC | Unsecured | | No Claim Filed |
| 37. | Midwest Pathology | Unsecured | | No Claim Filed |
| 38. | Oak Lawn Radiologists SC | Unsecured | | No Claim Filed |
| 39. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |
| 40. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 41. | Prodigy Communications | Unsecured | | No Claim Filed |
| 42. | Victoria's Secret | Unsecured | | No Claim Filed |
| 43. | LTD Financial Services | Unsecured | | No Claim Filed |
| 44. | Worldwide Asset Management LLC | Unsecured | | No Claim Filed |
| 45. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 46. | Yellow Book | Unsecured | | No Claim Filed |
| 47. | Household Credit Services | Unsecured | | No Claim Filed |
| 48. | Sprint Nextel | Unsecured | | No Claim Filed |
| 49. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 50. | Capital One | Unsecured | | No Claim Filed |
|  |  |  | $ 10,693.88 | $ 27,329.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 66.67 |
| 6.5% | 452.27 |
| 3% | 67.92 |
| 5.5% | 401.32 |
| 5% | 106.49 |
| 4.8% | 246.35 |
| 5.4% | 122.10 |
|  | $ 1,463.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

